JOSEPH GURRERI et al., Appellants, *v.* MUNICIPAL HOUSING AUTHORITY FOR THE CITY OF YONKERS, Respondent.

Submitted April 8, 1946; decided April 18, 1946.

*Sylvester W. Del Bello* for motion.
*Joseph P. Carey* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that no appeal may be taken to this court except by permission of the Appellate Division (Civ. Prac. Act, § 589, subd. 1, par. [b]).